# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

March 30, 2023

<u>VIA CM/ECF</u>
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12D
New York, New York 10007

     Re: Norris v. The Leather Man Inc., et al
       Case 1:22-cv-07969-JPC

Dear Judge Cronan:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pre-Trial Conference in this matter is currently scheduled for April 12, 2023 at 10:30 a.m. in Your Honor's Courtroom. However, since this date falls within the feast of Passover, Plaintiff's counsel, who is observant, will not be attending said Conference scheduled during Passover, and hereby respectfully requests an adjournment of this Conference be reset to within two weeks after the date of the Conference, or any another date most convenient to the Court. Counsel for The Leather Man Inc. will not be available for a Conference between May 1-8.

  The undersigned has conferred with the opposing counsel, who have consented to this motion.

  This is the undersigned counsel's first request for adjournment. Thank you for your consideration of this request.

                Sincerely,

                By: /S/ B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW 9365)
                  THE WEITZ LAW FIRM, P.A.
                  Attorney for Plaintiff
                  Bank of America Building
                  18305 Biscayne Blvd., Suite 214
                  Aventura, Florida 33160
                  Telephone: (305) 949-7777
                  Facsimile: (305) 704-3877
                  Email: bbw@weitzfirm.com

---

This request is granted. The Initial Pretrial Conference scheduled for April 12, 2023 is adjourned to April 26, 2023 at 10:30 a.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code 9176261.

SO ORDERED.
Date: March 30, 2023   _____
New York, New York    JOHN P. CRONAN
           United States District Judge